IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHAEL WEST, | : |
| Petitioner, | : |
| vs. | : 5:00CR23 (DF) |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

**O R D E R**

This order is in reference to the Report and Recommendation that United States Magistrate Judge G. Mallon Faircloth filed in this case on April 11, 2005. The Court has reviewed and carefully considered Defendant's objections to the Magistrate Judge's Recommendation, but concludes that these objections do not warrant rejection or modification of the Magistrate Judge's findings.

Accordingly, Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence is **DENIED**.

SO ORDERED, this 17th day of June, 2005.

s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/has