IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| vs. | : | 5:00-CR-23 (DF) |
| | : | |
| MICHAEL WEST | : | |
| | : | |

**O R D E R**

Before this Court is Defendant Michael West's Motion to Dismiss Special Assessment Tax (doc. 57). Defendant wishes to be relieved of his obligation to pay the $100.00 mandatory assessment fee the Court imposed on him at his sentencing on March 16, 2001.

Pursuant to 18 U.S.C.A. § 3013(a), district courts are obligated, at the time of sentencing, to impose a $100.00 special assessment fee on defendants convicted of a felony. 18 U.S.C.A. § 3013(a) (West 2006). Section 3013(c) provides, however, that a defendant's "obligation to pay an assessment ceases five years after the date of the judgment." 18 U.S.C.A. § 3013(c). Here, final judgment was entered in Defendant's case on March 29, 2001. Under § 3013(c), then, Defendant's obligation to pay the mandatory fee <u>automatically</u> ceased on March 29, 2006.

Accordingly, Defendant's Motion to Dismiss Special Assessment (doc. 57) is hereby **DENIED AS MOOT**.

SO ORDERED, this 29th day of December, 2006.

                              **/s/ Duross Fitzpatrick**
                              DUROSS FITZPATRICK, JUDGE
                              UNITED STATES DISTRICT COURT

DF/jab